UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHEVILLE GREY,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2020_

19 Cr. 813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for January 16, 2020 is hereby ADJOURNED to **January 23, 2020**, at **12:00 p.m.**

    It is ORDERED that the time between January 16, 2020 and January 23, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because it will allow the parties to discuss resolving this matter without the need for a trial.

    SO ORDERED.

Dated: January 13, 2020
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge