USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

CHEVILLE GREY,

Defendant.

19 Cr. 813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that a change-of-plea hearing shall be held in this case on **January 27, 2020**, at **2:20 p.m.**

The status conference scheduled for January 23, 2020 is ADJOURNED *sine die*.

It is further ORDERED that the time between January 23, 2020 and January 27, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because it will allow the parties to finalize a pretrial resolution of this matter.

The Clerk of Court is directed to terminate the motion at ECF No. 11.

SO ORDERED.

Dated: January 22, 2020
New York, New York

ANALISA TORRES
United States District Judge