USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHEVILLE GREY,

                    Defendant.

19 Cr. 813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for May 28, 2020, is ADJOURNED to **June 29, 2020**, at **9:00 a.m.** By **June 15, 2020**, Defendant shall file his sentencing submission. By **June 22, 2020**, the Government shall file its sentencing submission.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge